UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2020

JOSE L. VELESACA and ABRAHAM CARLO UZATEGUI NAVARRO, on their own behalf and on behalf of others similarly situated,

Petitioners-Plaintiffs,

v.

THOMAS R. DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; MATTHEW ALBENCE, in his official capacity as the Acting Director for U.S. Immigration and Customs Enforcement; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD WOLF, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CARL E. DUBOIS, in his official capacity as the Sheriff of Orange County,

Respondents-Defendants.

Case No. 1:20-cv-1803

motion granted
3-18-2020
[signature]

## NOTICE OF MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

PLEASE TAKE NOTICE that the petitioners-plaintiffs will move this Court on a return date to be determined by the Court for an order granting them leave to file the Declaration of Dr. Joseph Giardino in support their motion for a preliminary injunction (ECF 40) under seal. Counsel have met and conferred with counsel for the respondents-defendants who consent to this request.

In support of this motion, the petitioners-plaintiffs file the attached Memorandum of Law in Support of Motion for Leave to File Document Under Seal. The petitioners-plaintiffs have also mailed an unredacted hard copy of the Declaration to Chambers pursuant to the Court's Individual Rules, and they have emailed and mailed a hard copy to counsel for the government.

1

Dated:   March 16, 2020                                        Respectfully Submitted,
         New York, N.Y.

                                                               /s/ Robert Hodgson
                                                               ROBERT HODGSON
                                                               AMY BELSHER
                                                               CHRISTOPHER DUNN
                                                               MEGAN SALLOMI
                                                               New York Civil Liberties
                                                                 Foundation
                                                               125 Broad Street, 19th Floor
                                                               New York, NY 10004
                                                               Tel: (212) 607-3300
                                                               abelsher@nyclu.org

                                                               THOMAS SCOTT-RAILTON*
                                                               NIJI JAIN
                                                               JENN ROLNICK BORCHETTA
                                                               The Bronx Defenders
                                                               360 E. 161st Street
                                                               Bronx, NY 10451
                                                               Tel: (718) 838-7878
                                                               njain@bronxdefenders.org

                                                               *Counsel for Petitioners-Plaintiffs*

---

* Law Graduate pending admission, practicing under supervision.