UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
JOSE L. VELESACA, on his own behalf and behalf of others similarly situated,

               Petitioners-Plaintiffs,

   -against-

THOMAS R. DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customers Enforcement; MATTHEW ALBENCE, in his official capacity as the Acting Director for U.S. Immigration and Customs Enforcement; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD WOLF, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CARL E. DUBOIS, in his official capacity as the Sheriff of Orange County,

               Respondents-Defendants.
---------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

20 Civ. 1803 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The telephonic hearing scheduled in this case for March 27, 2020, is hereby adjourned to March 30, 2020, at 2:30 p.m., and will be held via the following call-in number:

       Call-in number: 888-363-4749
       Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

SO ORDERED.

Dated:     March 20, 2020                      _____/s/_____
             New York, New York                ALVIN K. HELLERSTEIN
                                                                    United States District Judge