UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSE L. VELESACA and ABRAHAM CARLO UZATEGUI NAVARRO, on his own behalf and behalf of others similarly situated,

                Petitioners-Plaintiffs,

    -against-

THOMAS R. DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; MATTHEW ALBENCE, in his official capacity as the Acting Director for U.S. Immigration and Customs Enforcement; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD WOLF, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CARL E. DUBOIS, in his official capacity as the Sheriff of Orange County,

                Respondents-Defendants.
-------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

20 Civ. 1803 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court has received and reviewed Petitioners' letter submitted April 27, 2020, ECF No. 71, which requests an order instructing Respondents to produce additional information in connection with the Court's awarding Petitioners injunctive relief, ECF No. 67. Respondents are hereby ordered to file a letter response informing the Court of their position, on or before this Friday, May 1, 2020.

SO ORDERED.

Dated:    March 31, 2020                          _____/s/_____
           New York, New York                    ALVIN K. HELLERSTEIN
                                                      United States District Judge