UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOSE L. VELESACA and ABRAHAM CARLO :
UZATEGUI NAVARRO, on his own behalf and behalf :
of others similarly situated, :
: **ORDER REGULATING**
: **PROCEEDINGS**
Petitioners-Plaintiffs, :
: 20 Civ. 1803 (AKH)
-against- :
:
THOMAS R. DECKER, in his official capacity as New :
York Field Office Director for U.S. Immigration and :
Customs Enforcement; MATTHEW ALBENCE, in his :
official capacity as the Acting Director for U.S. :
Immigration and Customs Enforcement; UNITED :
STATES IMMIGRATION AND CUSTOMS :
ENFORCEMENT; CHAD WOLF, in his official :
capacity as Acting Secretary of the U.S. Department of :
Homeland Security; UNITED STATES DEPARTMENT :
OF HOMELAND SECURITY; CARL E. DUBOIS, in :
his official capacity as the Sheriff of Orange County, :
:
Respondents-Defendants. :
:
:
------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Court has received and reviewed Defendants' motion for amendment and/or clarification of the March 31, 2020 order awarding injunctive relief to Plaintiffs. *See* ECF Nos. 67, 74. Plaintiffs shall file their opposition to the motion, if any, on or before May 15, 2020, and Defendants shall file a reply, if any, on or before May 22, 2020. Argument on the motion will be held telephonically on May 27, 2020, at 2:30 p.m., via the following call-in number:

        Call-in number: 888-363-4749
        Access code: 7518680

       To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

1

Finally, no later than May 26, 2020, at 10:00 a.m., the parties shall jointly submit to the Court (to the address: HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic argument

SO ORDERED.

Dated:     May 4, 2020                                 _____/s/_____
              New York, New York                      ALVIN K. HELLERSTEIN
                                                              United States District Judge