UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSE L. VELESACA and ABRAHAM CARLO :
UZATEGUI NAVARRO, on their own behalf and :
on behalf of others similarly situated, : **ORDER REGULATING**
: **PROCEEDINGS**
Petitioners-Plaintiffs, :
: 20 Civ. 1803 (AKH)
-against- :
:
THOMAS R. DECKER, in his official capacity as :
New York Field Office Director for U.S. :
Immigration and Customers Enforcement, *et al.*, :
:
Respondents-Defendants. :
-------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are instructed to access the upcoming telephonic status conference, scheduled for August 25, 2020, at 11:00 a.m., as follows:

      Call-in number: 888-363-4749
      Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

      Finally, no later than Monday, August 24, 2020, at 12:00 p.m., the parties shall jointly submit to the Court (via the address: HellersteinNYSDChambers@nysd.uscourts.gov) the names of all counsel expected to appear on the record at the telephonic hearing.

SO ORDERED.

Dated:    August 21, 2020                _____/s/_____
             New York, New York               ALVIN K. HELLERSTEIN
                                                    United States District Judge

1