UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOSE L. VELESACA and ABRAHAM CARLO :
UZATEGUI NAVARRO, on their own behalf and :
on behalf of others similarly situated, :
                                    :
                     Petitioners-Plaintiffs, :
                                    :
         -against- :
                                    :
THOMAS R. DECKER, in his official capacity as :
New York Field Office Director for U.S. :
Immigration and Customers Enforcement, *et al.*, :
                                    :
                  Respondents-Defendants. :
------------------------------------------------------------- X

**ORDER REGULATING
PROCEEDINGS**

20 Civ. 1803 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

                For the reasons discussed on the record at the status conference held on August

25, 2020, the parties are directed to proceed as follows:

           I.  Respondents shall produce custody worksheets to Petitioners, *see* Government
Letter (Apr. 17, 2020), ECF No. 70, at 1 (noting implementation of worksheets),
for all putative class members, dating from June 1, 2020 to the present, no later
than September 8, 2020, and shall continue the production of such worksheets to
Petitioners every 14 days thereafter.

           II.  No later than September 8, 2020, Respondents shall produce to Petitioners (a)
written guidance, if any, pertaining to the implementation of this Court's
injunction, *see* ECF Nos. 67, 78, and (b) scripts and transcripts of oral guidance, if
any, pertaining to implementation of the injunction, along with a list of all parties
to such conversations.  If no such written or oral guidance exists, Respondents
shall submit a letter to the Court representing as much.

           III. No later than September 8, 2020, Respondents shall produce to Petitioners all
(a) written correspondence sent by or to supervising ICE officers since March 31,
2020 discussing the training ICE officers to perform individualized custody
determinations or otherwise addressing implementation of this Court's injunction,
and (b) evidence of oral correspondence since March 31, 2020 concerning the
same.

           IV.  Respondents shall produce the full administrative record to Petitioners on or
before September 1, 2020.

V.  The parties are instructed to appear for a telephonic status conference at 11:00 a.m. on September 18, 2020.  The call may be accessed with the call-in number 888-363-4749 and the access code 7518680.  By 12:00 p.m. on September 17, 2020, the parties shall jointly submit to the Court (through the following email address: HellersteinNYSDChambers@nysd.ucrouts.gov) the names of all counsel expected to appear on the record at the hearing.

SO ORDERED.

Dated:          August 26, 2020                    _____/s/_____
                New York, New York                     ALVIN K. HELLERSTEIN
                                                       United States District Judge