UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSE L. VELESACA and ABRAHAM CARLO :
UZATEGUI NAVARRO, on their own behalf and :
on behalf of others similarly situated, : **ORDER**
:
                      Petitioners-Plaintiffs, : 20 Civ. 1803 (AKH)
:
   -against- :
:
THOMAS R. DECKER, in his official capacity as :
New York Field Office Director for U.S. :
Immigration and Customs Enforcement, *et al.*, :
:
                    Respondents-Defendants. :
-------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

      For the reasons discussed on the record at the status conference held on September 18, 2020, the parties are directed to proceed as follows:

1. Petitioners' request to conduct a deposition of Respondents pertaining to training received by ICE personnel with respect to implementation of this Court's injunction, *see* ECF Nos. 67, 78, is hereby granted. Accordingly, Petitioners shall deliver to Respondents a notice pursuant to Fed. R. Civ. P. 30(b)(6) concerning such deposition, and thereafter the parties shall meet and confer to determine the scope and terms of the deposition.

2. On or before October 2, 2020, Petitioners shall notify Respondents of any additional discovery requests pertaining to issues other than compliance with the Court's injunction. Thereafter, the parties shall meet and confer to attempt to resolve discovery disputes.

3. On or before October 14, 2020, the parties shall submit a joint letter to the Court describing any remaining discovery disputes. Thereafter, the parties shall appear for a telephonic hearing on October 16, 2020 at 11:00 a.m.

4. The parties are directed to appear for a status conference on November 20, 2020 at 11:00 a.m. The Court will notify the parties at a later date whether such conference will be held telephonically or in-person.

SO ORDERED.

Dated:     September 21, 2020              ___/s/ Alvin K. Hellerstein___
           New York, New York              ALVIN K. HELLERSTEIN
                                           United States District Judge