```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
JOSE L. VELESACA and ABRAHAM CARLO            :
UZATEGUI NAVARRO, on his own behalf and       :
behalf of others similarly situated,           :       ORDER REGULATING
                                               :       PROCEEDINGS
                        Petitioners-Plaintiffs,:
                                               :       20 Civ. 1803 (AKH)
        -against-                              :
                                               :
THOMAS R. DECKER, in his official capacity as  :
New York Field Office Director for U.S.        :
Immigration and Customs Enforcement; et al.,   :
                                               :
                        Respondents-Defendants.:
                                               :
--------------------------------------------------------------- X
```
ALVIN K. HELLERSTEIN, U.S.D.J.:

        In response to Petitioners' letter submitted November 18, 2020, Respondents are hereby ordered to provide responses to Petitioner's Rule 34 requests on or before November 30, 2020. The status conference, currently scheduled for December 1, 2020 shall be adjourned until December 3, 2020 at 10:30 a.m., and will be held via the following call-in number:

        Call-in number: 888-363-4749
        Access code: 7518680

        To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones. Finally, no later than Tuesday, December 1, 2020, at 12:00 p.m., the parties shall jointly submit to the Court (via the address: HellersteinNYSDChambers@nysd.uscourts.gov) the names of all counsel expected to appear on the record at the telephonic hearing.

1

SO ORDERED.

Dated: November 18, 2020  _____/s/_____
New York, New York  ALVIN K. HELLERSTEIN
United States District Judge