UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
JOSE L. VELESACA, *et al.*,

                              Petitioners-Plaintiffs,         **ORDER**

          vs.                                                    20-cv-1803 (AKH)

THOMAS R. DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement, *et al.*,

                              Respondents-Defendants.
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        For the reasons discussed on the record at the status conference held on December 3, 2020, the parties are directed to proceed as follows:

     I.  The parties shall submit to the Court a proposed order regarding the discovery issues raised in their joint letter by December 4, 2020, at 12:00 p.m.  *See* ECF No. 117.

     II.  The parties shall complete all Rule 33 and Rule 4 discovery by January 29, 2021.

     II.  The parties are instructed to appear for a telephonic status conference on February 19, 2021, at 11:00 a.m.  The call may be accessed with the call-in number 888-363-4749 and the access code 7518680.  By 12:00 p.m. on February 17, 2020, the parties shall jointly submit to the Court (through the following email address:  HellersteinNYSDChambers@nysd.ucrouts.gov) the names of all counsel expected to appear on the record at the hearing.

         SO ORDERED.

Dated:     December 4, 2020                /s/ Alvin K. Hellerstein
               New York, New York         ALVIN K. HELLERSTEIN
                                                               United States District Judge