## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE L. VELESACA and ABRAHAM CARLO UZATEGUI NAVARRO, on their own behalf and on behalf of others similarly situated,<br><br>     Petitioners-Plaintiffs,<br><br>  v.<br><br>THOMAS R. DECKER, in his official capacity as New York Field Office Director for U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW ALBENCE, in his official capacity as the Acting Director for U.S. Immigration and Customs Enforcement; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD WOLF, in his official capacity as Secretary of the U.S. Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CARL E. DUBOIS, in his official capacity as the Sheriff of Orange County,<br>     Respondents-Defendants. | Case No. 1:20-cv-1803<br><br>No attachment was filed with the notice of motion.  Further, the Court's Individual Rule 4(B) provides that the parties shall specify portions sought to be sealed and set forth reasons justifying sealing "contemporaneously" with the filing of sealed documents.  Petitioner is hereby ordered to move by February 12, 2021.<br><br>So ordered,<br>/s/ Hon/ Alvin K. Hellerstein<br>Feb. 5, 2021 |

## **NOTICE OF MOTION TO FILE REDACTED DOCUMENT**

   PLEASE TAKE NOTICE that the petitioners-plaintiffs will move this Court on a return date to be determined by the Court for an order to permit them to file the attached exhibit in redacted form. The petitioners seek leave to file this redacted document at the request of the respondents in this matter pursuant to the Court's Individual Rule 4(B)(ii).

| | |
|---|---|
| Dated: December 18, 2020<br>New York, N.Y. | Respectfully Submitted,<br><br>/s/ Amy Belsher<br>AMY BELSHER<br>ROBERT HODGSON<br>CHRISTOPHER DUNN<br>TERRY DING*<br>MEGAN SALLOMI<br>New York Civil Liberties<br>  Foundation<br>125 Broad Street, 19th Floor<br>New York, NY 10004<br>Tel: (212) 607-3300<br>abelsher@nyclu.org<br><br>THOMAS SCOTT-RAILTON*<br>NIJI JAIN<br>JENN ROLNICK BORCHETTA<br>The Bronx Defenders<br>360 E. 161st Street<br>Bronx, NY 10451<br>Tel: (718) 838-7878<br>njain@bronxdefenders.org<br><br>*Counsel for Petitioners-Plaintiffs* |

---

* Not admitted in S.D.N.Y.