| | |
|---|---|
| JOSE L. VELESACA and ABRAHAM CARLO UZATEGUI NAVARRO, on their own behalf and on behalf of others similarly situated,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>THOMAS R. DECKER, in his official capacity as New York Field Office Director for U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW ALBENCE, in his official capacity as the Acting Director for U.S. Immigration and Customs Enforcement; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD WOLF, in his official capacity as Secretary of the U.S. Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CARL E. DUBOIS, in his official capacity as the Sheriff of Orange County,<br><br>Respondents-Defendants. | Case No. 1:20-cv-1803 (AKH) |

## ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS FROM THE DOCKET

For good cause shown, the parties' Motion to Remove Incorrectly Filed Documents is **GRANTED**. It is hereby ORDERED that the Clerk of the Court is directed to strike from the docket document Nos. 123, 125 and 127 but retain the summary docket text for the record. The Clerk is further instructed to terminate ECF No. 132.

SO ORDERED.

Dated: Feb. 5, 2021

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge