UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
JOSE L. VELESACA, *et al.*,

                Petitioners-Plaintiffs,

vs.

THOMAS R. DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement, *et al.*,

                Respondents-Defendants.
------------------------------------------------------------- x

**ORDER**

20-cv-1803 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A motion to enforce judgment is pending, for which an oral argument has been scheduled for March 17, 2021. Accordingly, status conference scheduled for February 19, 2021, is hereby cancelled.

        SO ORDERED.

Dated:    February 18, 2021
            New York, New York

                                    /s/
                               ALVIN K. HELLERSTEIN
                               United States District Judge