UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSE L. VELESACA and ABRAHAM CARLO :
UZATEGUI NAVARRO, on their own behalf and :
behalf of others similarly situated, : **ORDER REGULATING**
: **PROCEEDINGS**
Petitioners-Plaintiffs, :
: 20 Civ. 1803 (AKH)
v. :
:
THOMAS R. DECKER, in his official capacity as :
New York Field Office Director for U.S. :
Immigration and Customs Enforcement, *et al.*, :
:
Respondents-Defendants. :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The case is assigned to United States Magistrate Judge Katherine H. Parker to conduct settlement discussions, as requested by the parties in their joint letter of March 5, 2021. *See* ECF No. 155.  A status conference with me will be held on May 21, 2021, if the case is not settled.  Oral argument on Plaintiffs' motion to enforce judgment, scheduled to be heard on March 17, 2021, is canceled without prejudice to reinstatement if settlement fails.

        SO ORDERED.

Dated:    March 8, 2021                  _____/s/_____
            New York, New York          ALVIN K. HELLERSTEIN
                                          United States District Judge