```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSE L. VELESACA and ABRAHAM CARLO
UZATEGUI NAVARRO, on their own behalf and
behalf of others similarly situated

                                       Plaintiffs,                      **ORDER SCHEDULING TELEPHONE**
                                                                             **CONFERENCE**

         -against-

                                                                                **20-CV-1803 (AKH)**

THOMAS R. DECKER, in his official capacity as
New York Field Office Director for U.S.
Immigration and Customs Enforcement, et al.,

                                        Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 157).  A telephone conference will be held on **Thursday, March 18, 2021 at 10:30 a.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: March 8, 2021
       New York, New York

                                                             _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge