USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSE L. VELESACA and ABRAHAM CARLO UZATEGUI NAVARRO, on their own behalf and behalf of others similarly situated

                          Plaintiffs,

-against-

THOMAS R. DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement, et al.,

                          Defendants.
-------------------------------------------------------------------X

**ORDER CONVERTING SETTLEMENT CONFERENCE TO IN PERSON PROCEEDING**

**20-CV-1803 (AKH)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Microsoft Teams settlement conference in this matter previously scheduled for **Thursday, June 24, 2021 at 10:00 a.m.** will be now be in person in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website 2 weeks in advance of the conference for the most up to date information**. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **June 17, 2021 by 5:00 p.m.**

SO ORDERED.

Dated: May 12, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge