

July 28, 2021

**Via ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/29/2021

Re:   August 18 Settlement Conference, *Velesaca v. Decker*, 20-cv-1803

Dear Judge Parker:

We write on behalf of the petitioners in the above-referenced matter to respectfully request that the Court adjourn the settlement conference currently scheduled for August 18, 2021 to September 20, 2021. The government consents to this request.

Sincerely,

*/s/ Amy Belsher*
AMY BELSHER
ROBERT HODGSON
TERRY DING
GUADALUPE AGUIRRE
CHRISTOPHER DUNN
New York Civil Liberties
  Foundation
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
abelsher@nyclu.org

THOMAS SCOTT-RAILTON
NIJI JAIN
JENN ROLNICK BORCHETTA
The Bronx Defenders
360 E. 161st Street
Bronx, NY 10451
Tel: (718) 838-7878
tscott-railton@bronxdefenders.org
njain@bronxdefenders.org

*Counsel for Petitioners-Plaintiffs*

**APPLICATION GRANTED:** The Settlement Conference in this matter scheduled for Wednesday, August 18, 2021 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, September 20, 2021 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information. Updated pre-conference submissions must be received by the Court no later than <u>September 13, 2021 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
07/29/2021