```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE L. VELESACA and ABRAHAM CARLO
UZATEGUI NAVARRO, on their own behalf and
behalf of others similarly situated

                                Plaintiffs,

        -against-

THOMAS R. DECKER, in his official capacity as
New York Field Office Director for U.S.
Immigration and Customs Enforcement, et al.,

                              Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

20-CV-1803 (AKH)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is hereby scheduled for **Tuesday, December 7, 2021 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information**. Updated pre-conference submissions must be received by the Court no later than **December 3, 2021 by 5:00 p.m.**

      SO ORDERED.
Dated: October 18, 2021
       New York, New York

                                               */s/ Katharine H. Parker*
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge