```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE L. VELESACA and ABRAHAM CARLO
UZATEGUI NAVARRO, on their own behalf and
behalf of others similarly situated

                              Plaintiffs,          **ORDER SCHEDULING**
                                                  **SETTLEMENT CONFERENCE**
       -against-
                                                  **20-CV-1803 (AKH)**

THOMAS R. DECKER, in his official capacity as
New York Field Office Director for U.S.
Immigration and Customs Enforcement, et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A settlement conference in this matter is hereby scheduled for **Wednesday, January 5, 2022 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information**. Updated pre-conference submissions must be received by the Court no later than **January 4, 2022 by 5:00 p.m.**

       SO ORDERED.
Dated: December 7, 2021
       New York, New York

                                                    *[signature]*
                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge