```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE L. VELESACA and ABRAHAM CARLO
UZATEGUI NAVARRO, on their own behalf and
behalf of others similarly situated

                              Plaintiffs,

    -against-

THOMAS R. DECKER, in his official capacity as
New York Field Office Director for U.S.
Immigration and Customs Enforcement, et al.,

                              Defendants.
-----------------------------------------------------------------X

**ORDER CONVERTING SETTLEMENT CONFERENCE**

20-CV-1803 (AKH)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Settlement Conference in this matter scheduled for **Wednesday, January 5, 2022 at 11:00 a.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.**

      SO ORDERED.
Dated: December 22, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge