
U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 3, 2022

Via ECF
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Velesaca v. Decker*, 20 Civ. 1803 (AKH)

Dear Judge Parker:

This Office represents the government in the above-referenced case. The parties are scheduled to attend a settlement conference before Your Honor this Wednesday, January 5, 2022. ECF No. 169. On behalf of the parties, I write to respectfully request that the Court adjourn the settlement conference until February 4, 2022, to allow the parties additional time to confer, and ask that the Court permit the parties to submit their updated pre-conference submissions to the Court no later than 5:00p.m. on February 3, 2022.

We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/ *Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2741
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (via ECF)

---

**APPLICATION GRANTED:** The telephonic Settlement Conference in this matter scheduled for Wednesday, January 5, 2022 at 11:00 a.m. is hereby rescheduled to <u>Friday, February 4, 2022 at 10:00 a.m.</u> The Parties' should call into the court conference line at (866) 434-5269 Code: 4858267 at the scheduled time. A security code will be emailed to counsel by chambers for his proceeding.
Updated pre- conference submissions must be received by the Court no later than <u>February 3, 2022 by 5:00 p.m.</u>

APPLICATION GRANTED

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.    01/03/2022